**Dismissed and Memorandum Opinion filed July 18, 2024**



**In The**

# Fourteenth Court of Appeals

## NO. 14-24-00379-CV

**BROOKLYN TOLES, Appellant**

**V.**

**QUARRANISHA CARTER, Appellee**

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2024-11349**

## MEMORANDUM  OPINION

This is an appeal from an order signed May 24, 2024. The notice of appeal was filed May 24, 2024. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On June 25, 2024, this court ordered appellant to pay the appellate filing fee within 10 days or the appeal would be subject to dismissal without further notice.

Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.